IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDMOND MCCLINTON,   *
                    *
    Petitioner,     *
                    *
v.                  *
                    *   No. 5:13CV00226-SWW-JJV
GREG BOLIN, Jail Administrator, W.C.   *
"Dub" Brassell Detention Center        *
                    *
    Respondent.     *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. McClinton's § 2241 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice, and the requested relief is DENIED;

2. All pending motions are rendered MOOT.

SO ORDERED this 1st day of November, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE