# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| EDMOND MCCLINTON, | * |
| Petitioner, | * |
| v. | * |
| | * No. 5:13CV00226-SWW-JJV |
| GREG BOLIN, Jail Administrator, W.C. | * |
| "Dub" Brassell Detention Center | * |
| Respondent. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 1st day of November, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE